IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELVAN MOORE II,

       Plaintiff,

v.                                       CASE NO.: 1:11cv192-SPM/GRJ

CITY OF GAINESVILLE, FLORIDA.
et al.,

       Defendants.
_____/

## **ORDER DIRECTING COMPLIANCE WITH PRETRIAL DUTIES**

The Court has reviewed the parties' separate pretrial statements and the jury instructions submitted by Defendants. The materials do not comply with the Order Setting Pre-Trial Conference (doc. 38). Accordingly, it is

ORDERED AND ADJUDGED:

1..    On or before 5:00 p.m. on Thursday, September 20, 2012, Plaintiff shall provide Defendants with a complete set of proposed jury instructions and a verdict form. Defendants shall provide Plaintiff with a proposed verdict form.

2.    On Thursday, September 20, 2012, the attorneys shall review each other's pretrial materials, proposed jury instructions, verdict forms, and motions in limine so they can hold an effective attorney conference the following day.

3. The attorneys shall confer no later than 9:00 a.m. on Friday, September 21, 2012 in accordance with Paragraph II of the Order Setting Pre-Trial Conference. They shall continue conferring until they have fully and completely discussed all matters and drawn up a pre-trial stipulation in accordance with Paragraph III of the Order Setting Pre-Trial Conference. The attorneys shall also discuss the proposed jury instructions and verdict forms, as required under Paragraph IV C. of the Order Setting Pre-Trial Conference, and make a good faith effort to reach an agreement.

4. On or before 9:00 a.m. on Monday, September 24, 2012, Plaintiff's attorney shall file the pre-trial stipulation that the attorneys have drawn up and all agreed-upon jury instructions in accordance with Paragraphs III and IV C. of the Order Setting Pre-Trial Conference. Any instructions that are not agreed upon shall be filed by 9:00 a.m. on Monday September 14, 2012 by the party proposing the instruction, and include a memorandum of law, as required under Paragraph IV C. of the Order Setting Pre-Trial Conference.

DONE AND ORDERED this 19th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:11cv192-SPM/GRJ