IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELVAN MOORE II,

    Plaintiff,

v.                                        CASE NO.: 1:11cv192-SPM/GRJ

CITY OF GAINESVILLE, FLORIDA.
et al.,

    Defendants.
_____/

**<u>ORDER REGARDING JURY INSTRUCTIONS</u>**

At the pretrial conference conducted at 10:00 a.m. today, September 25, 2012, Plaintiff's attorney advised the Court that he wished to submit additional jury instructions. This is despite the fact that jury instructions were due one week ago on Tuesday, September 18, 2012, in accordance with Paragraph IV C. of the Order Setting Pre-Trial Conference (doc. 38), and the parties were given an additional opportunity to file instructions by 5:00 p.m. on September 24, 2012.[1]

---

[1] Because Plaintiff did not file any instructions, and the parties did not stipulate to any instructions, the Court directed Plaintiff to prepare "a complete set of proposed jury instructions and a verdict from" by 5:00 p.m. on Thursday, September 20, 2012 and provide a set to Defendants. Doc. 57 ¶ 1. Plaintiff and Defendants were directed to review their respective instructions (Defendants filed their instructions on September 18, 2012), and make a good faith effort to reach an agreement and file a stipulated set with a verdict form by 9:00 a.m. on Monday, September 24, 2012. Any instructions not agreed upon were to be filed separately along with a memorandum of law. On joint motion by the parties, the

At this point, Plaintiff is not entitled to another opportunity to submit instructions.[2] Nevertheless, to avoid prejudice to Plaintiff through the loss of claims, the Court will allow Plaintiff one final opportunity to submit proposed jury instructions along with an appropriate verdict form. Accordingly, it is

ORDERED AND ADJUDGED:

1.  Plaintiff shall have up to and including 5:00 p.m. on Wednesday, September 26, 2012 to file a complete set of proposed jury instructions along with a verdict form. Plaintiff shall also file a memorandum of law in support of any instructions that are not included in, or differs from, the Parties' Joint Set of Proposed Jury Instructions (doc. 61).

2.  If Plaintiff fails to comply with this order, this case will proceed in accordance with the claims in the Parties' Joint Set of Proposed Jury Instructions (doc. 61) and the Parties' Joint Proposed Verdict Form (doc. 62).

DONE AND ORDERED this 25th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

---

Court granted the parties an extension of time until 5:00 p.m. on Monday, September 24, 2012 to file their jury instructions and verdict form. The parties filed a joint set of jury instructions (doc. 61) and a verdict form (doc. 62) at approximately 5:00 p.m. on Monday, September 24, 2012.

[2] Plaintiff noted at the pretrial conference that in the joint instructions the parties included a written reservation of right "to edit these instructions if needed, including adding additional instructions and special interrogatories." Doc. 61. The parties had no rights to reserve regarding this matter because the jury instructions were due by Court order and no further extensions of time were sought or approved.

CASE NO.: 1:11cv192-SPM/GRJ